# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMISONI TAUKITOKU, | ) |
| Petitioner, | ) |
| | ) 3:16-cv-00762-HDM-WGC |
| v. | ) |
| TIMOTHY FILSON, et al. | ) **ORDER** |
| Respondents. | ) |

Petitioner's unopposed motion for an extension of time (ECF No. 15) is GRANTED. Petitioner shall have up to and including April 3, 2018, within which to file a first amended petition for writ of habeas corpus.

IT IS SO ORDERED.

DATED: This 5th day of January, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE