**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMISONI TAUKITOKU,<br><br>    Petitioner,<br><br>v.<br><br>TIMOTHY FILSON, et al.<br><br>    Respondents. | 3:16-cv-00762-HDM-WGC<br><br>**ORDER** |

Petitioner's unopposed motion for an extension of time (ECF No. 27) is GRANTED. Petitioner shall have up to and including November 5, 2018, within which to file an amended petition for writ of habeas corpus or notice that no amended petition will be filed.

IT IS SO ORDERED.

DATED: This 6th day of September, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE