# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMISONI TAUKITOKU,  Petitioner,  v.  TIMOTHY FILSON, et al.  Respondents. | 3:16-cv-00762-HDM-WGC  **ORDER** |

Petitioner's second unopposed motion for an extension of time (ECF No. 29) is GRANTED. Petitioner shall have up to and including January 4, 2019, within which to file an amended petition for writ of habeas corpus.

IT IS SO ORDERED.

DATED: This 5th day of November, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE