**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMISONI TAUKITOKU,<br><br>    Petitioner,<br><br>    v.<br><br>TIMOTHY FILSON, et al.<br><br>    Respondents. | 3:16-cv-00762-HDM-WGC<br><br>**ORDER** |

Respondents' motion for enlargement of time (ECF No. 34) is GRANTED. Respondents will have until February 1, 2019, to file a response to petitioner's motion for discovery (ECF No. 32).

IT IS SO ORDERED.

DATED: This 22nd day of January, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE