**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SAMISONI TAUKITOKU, | ) | |
| Petitioner, | ) | |
| | ) | 3:16-cv-00762-HDM-WGC |
| v. | ) | |
| | ) | |
| TIMOTHY FILSON, et al. | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |

This counseled habeas matter comes before the court on petitioner's unopposed motion for extension of time to file a second amended petition (ECF No. 31). Good cause appearing, petitioner's motion is GRANTED. The court will reset the deadline for filing a second amended petition after it has ruled on the petitioner's pending motion for discovery.

IT IS SO ORDERED.

DATED: This 19th day of February, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE