UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMISONI TAUKITOKU,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Petitioner,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>TIMOTHY FILSON, et al.　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Respondents.　　　　　　)<br>_____) | 3:16-cv-00762-HDM-WGC<br><br>**ORDER** |

Currently pending in this habeas matter is petitioner's motion for discovery. The motion relies heavily – and cites extensively to – the transcript of petitioner's trial, which the court does not currently have. The transcript is necessary for the court's resolution of the motion for discovery. Accordingly, within thirty days of the date of this order, petitioner shall file the complete trial transcript as part of the record in this case.

IT IS SO ORDERED.

DATED: This 25th day of February, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE