**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMISONI TAUKITOKU,<br><br>　　　　　　　Petitioner,<br>　v.<br>WARDEN FILSON, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00762-HDM-WGC<br><br>**ORDER** |

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 56) is GRANTED. Respondents shall have until March 21, 2022, to file their response to Petitioner's second amended petition.

IT IS SO ORDERED.

DATED: this 22nd day of December, 2021.

*/s/ Howard D. McKibben*
_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE