# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMISONI TAUKITOKU,<br><br>　　　　　　Petitioner,<br>　　v.<br>WARDEN FILSON, et al.,<br><br>　　　　　　Respondents. | Case No. 3:16-cv-00762-HDM-CSD<br><br>**ORDER** |

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 61) is GRANTED.  Respondents have until May 25, 2022, to file their response to Petitioner's second amended petition.

IT IS SO ORDERED.

DATED: this 11th day of April, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE