# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SAMISONI TAUKITOKU,

                  Petitioner,

   v.

WARDEN FILSON, et al.,

                  Respondents.

Case No. 3:16-cv-00762-HDM-CSD

**ORDER**

Good cause appearing, Petitioner's Unopposed Motion for Extension of Time to file Response in Opposition to Motion to Dismiss (First Request) (ECF No. 86) is granted. Petitioner has until December 5, 2022, to file a response in opposition to Respondents' motion to dismiss.

IT IS SO ORDERED.

DATED: this 11th day of October, 2022.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE