**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMISONI TAUKITOKU,<br><br>       Petitioner,<br><br>   v.<br><br>WARDEN FILSON, et al.,<br><br>       Respondents. | Case No. 3:16-cv-00762-HDM-CSD<br><br>**ORDER** |

Good cause appearing, respondents' unopposed motion for extension of time to file a reply in support of the motion to dismiss (first request) (ECF No. 91) is granted. Respondents will have until February 6, 2023, to file a reply to the response to the motion to dismiss.

IT IS SO ORDERED.

DATED: this 8th day of December, 2022.

*[signature]*

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE