# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMISONI TAUKITOKU,<br><br>           Petitioner,<br>    v.<br><br>WARDEN FILSON, et al.,<br><br>           Respondents. | Case No. 3:16-cv-00762-HDM-WGC<br><br>**ORDER** |

Good cause appearing, Respondents' unopposed second motion for enlargement of time (ECF No. 94) is GRANTED. Respondents will have until March 23, 2023, to file their reply in support of the motion to dismiss.

IT IS SO ORDERED.

DATED: this 10th day of February, 2023.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE