**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMISONI TAUKITOKU, | Case No. 3:16-cv-00762-HDM-CSD |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN FILSON, et al., | |
| Respondents. | |

Good cause appearing, Respondents' unopposed first Motion for Enlargement of Time (ECF No. 101) is GRANTED. Respondents have until September 18, 2023, to file their answer and resubmit exhibits.

IT IS SO ORDERED.

DATED: this 1st day of August, 2023.

*[signature]*

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE