**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMISONI TAUKITOKU,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>WARDEN FILSON, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00762-HDM-CSD<br><br>**ORDER** |

　　　Petitioner seeks an extension of time to file his reply in support of his second amended petition for writ of habeas corpus. (ECF No. 110.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

　　　It is therefore ordered that Petitioner's unopposed third motion for enlargement of time (ECF No. 110) is granted. Petitioner has until May 20, 2024, to file his reply.

　　　DATED: this 23rd day of April, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE